UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  

TRAVIS D STAINBACK

Debtor(s)

Case No. 09-02351

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/27/2009.

2) The plan was confirmed on 04/17/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/03/2009, 06/17/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/29/2009, 04/29/2010, 01/31/2011.

5) The case was dismissed on 03/10/2011.

6) Number of months from filing to last payment: 17.

7) Number of months case was pending: 28.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,850.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,657.66 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:**     $2,657.66

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,427.21 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $138.85 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**     $1,566.06

Attorney fees paid and disclosed by debtor:     $100.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALVERNO CLINICAL LAB | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED PATHOLOGISTS/JOLIET | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | NA | 407.25 | 407.25 | 0.00 | 0.00 |
| BARRISTERS COLLECTION SERVICE | Unsecured | 565.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| COMPUCREDIT | Unsecured | 685.00 | 685.51 | 685.51 | 0.00 | 0.00 |
| CONDELL MEDICAL CENTER | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| CREDIT SOLUTIONS CORP | Unsecured | 591.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION | Unsecured | 3,099.00 | 3,136.27 | 3,136.27 | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT AUDIT CO | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| ECHEX | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| ECKHOFF & MASSARELLI | Unsecured | 950.00 | 593.20 | 593.20 | 0.00 | 0.00 |
| EMERGENCY TREATMENT SC | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 415.00 | NA | NA | 0.00 | 0.00 |
| FIRST SOURCE ADVANTAGE | Unsecured | 1,180.00 | NA | NA | 0.00 | 0.00 |
| FOX VALLEY IMAGING CTR | Unsecured | 11.00 | NA | NA | 0.00 | 0.00 |
| FOX VALLEY PHYSICIANS SERVICES | Unsecured | 45.00 | 96.92 | 96.92 | 0.00 | 0.00 |
| GREAT LAKES CREDIT UNION | Unsecured | 606.00 | NA | NA | 0.00 | 0.00 |
| HARRAHS CASINO | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 559.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICES | Unsecured | 199.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICES | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Unsecured | NA | 87.80 | 87.80 | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Priority | 400.00 | 318.21 | 318.21 | 0.00 | 0.00 |
| INSTANT CASH ADVANCE | Unsecured | 410.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 669.00 | 669.19 | 669.19 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 336.83 | 336.83 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| KCA FINANCIAL SERVICE | Unsecured | 5,891.00 | NA | NA | 0.00 | 0.00 |
| MEPCO INS PREM FINANCE INC | Unsecured | 2,225.00 | NA | NA | 0.00 | 0.00 |
| MOST FUNDING II LLC | Unsecured | 522.00 | 522.71 | 522.71 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 1,567.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| NIKO CREDIT SERVICES | Unsecured | NA | 2,434.95 | 2,434.95 | 0.00 | 0.00 |
| NIKO CREDIT SERVICES | Secured | 4,175.00 | 4,175.00 | 4,175.00 | 1,064.21 | 27.39 |
| PRAIRIE EMERGENCY SERVICE | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 415.00 | 415.56 | 415.56 | 0.00 | 0.00 |
| PROVENA ST JOSEPH HOSPITAL | Unsecured | 20,000.00 | NA | NA | 0.00 | 0.00 |
| PROVENA ST THERESE MEDICAL CT | Unsecured | 4,620.00 | NA | NA | 0.00 | 0.00 |
| RIDDLE & ASSOC PC | Unsecured | 335.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 420.00 | 420.00 | 420.00 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 560.00 | 558.20 | 558.20 | 0.00 | 0.00 |
| RUSH COPLEY | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| SHORT TERM LOAN | Unsecured | 400.00 | 384.81 | 384.81 | 0.00 | 0.00 |
| SOCIAL SECURITY ADMIN | Unsecured | 12,278.00 | NA | NA | 0.00 | 0.00 |
| SOCIAL SECURITY ADMIN | Unsecured | 12,300.00 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL & HEALTH CTR | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| ST JAMES RADIOLOGISTS | Unsecured | 6.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE USA | Unsecured | 475.00 | 274.95 | 274.95 | 0.00 | 0.00 |
| TCF BANK | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| TRAVIS D STAINBACK | Unsecured | 12,500.00 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| TRUSTMARK RECOVERY SRV | Unsecured | 410.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO PHYS GRP | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| WELL GROUP HEALTH PARTNERS | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| WOODFOREST NATIONAL BANK | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $4,175.00 | $1,064.21 | $27.39 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$4,175.00** | **$1,064.21** | **$27.39** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $318.21 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$318.21** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$11,024.15** | **$0.00** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| Disbursements: | |
|---|---:|
| Expenses of Administration | $1,566.06 |
| Disbursements to Creditors | $1,091.60 |
| **TOTAL DISBURSEMENTS** : | **$2,657.66** |

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/20/2011            By: /s/ Glenn Stearns
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**